UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN BLAKELY JUNCKER, et al,

    Plaintiffs,                                              Case No. 1:09-cv-662

v.                                                                Hon. Robert J. Jonker

THADDEUS CZARNOCKI, et al,

    Defendants.
_____/

**ORDER**

Pursuant to a motion filed by plaintiffs to impose contempt and other discovery sanctions on the defendants (docket no. 32), a hearing was held on March 22, 2010. The motion was **GRANTED** in part and **DENIED** in part.

For the reasons more fully stated on the record at the hearing held that date, the court, while declining to hold defendants in contempt, determined plaintiffs were entitled to relief pertaining to the examination of the originals of certain documents and costs. The parties have now filed a stipulation (docket no. 46) reflecting their agreement on the production of those documents and agreeing to an appropriate amount of attorney's fees, which the court hereby adopts and incorporates into this order.

Defendants also agreed to provide any necessary authorizations and to otherwise facilitate plaintiffs in obtaining credit and title searches in both the United States and Canada, which shall be done forthwith, if this has not already been accomplished.

    **IT IS SO ORDERED**.

Dated: April 15, 2010                                      /s/ Hugh W. Brenneman, Jr.
                                                                    HUGH W. BRENNEMAN, JR.
                                                                    United States Magistrate Judge